DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL F. BRANDES** a/k/a **MICHAEL BRANDES,**
**STEPHANIE M. BRANDES** a/k/a **STEPHANIE BRANDES,**
**WILLIAM BRANDES,** and
**UNKNOWN TENANT IN POSSESSION OF THE SUBJECT PROPERTY,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D17-2664

[August 2, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312016CA000354XXXX.

D. John Rhodeback and J. Garry Rooney of Rooney & Rooney, P.A., Vero Beach, for appellant.

Sara F. Holladay-Tobias and Emily Rottmann of McGuire Woods, LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***